USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  May 15, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
UNITED STATES OF AMERICA and STATE OF NEW :
YORK *ex rel.* CAROL BEVILACQUA,                          :
                                                                          :
                                          Plaintiffs,            :
                                                                          :
                    -against-                                       :          **STIPULATION AND ORDER**
                                                                          :          **OF DISMISSAL WITH**
CITY PRACTICE GROUP OF NEW YORK,       :          **PREJUDICE**
LLC, et al.,                                                      :
                                                                          :
                                                                          :          14 Civ. 9933 (KPF)
                                          Defendants.          :
--------------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                                          :
                                          Plaintiff-Intervenor,  :
                                                                          :
                    -against-                                       :
                                                                          :
CITY PRACTICE GROUP USA, LLC                  :
                                                                          :          14 Civ. 9933 (KPF)
                                                                          :
                                                                          :
                                          Defendant.          :
--------------------------------------------------------------------x

        1.              Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui*

*tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b), and in accordance with the terms

and conditions of the May 2, 2018 Settlement Agreement and General Release between City

Practice Group USA, LLC and Relator (collectively, "the Parties"), the Parties hereby stipulate,

through their undersigned counsel, to the entry of an order dismissing with prejudice, and without

costs to any party, any and all claims that Relator has asserted, could have asserted, or may assert

in the future related to this case against the following defendants:

- CITY PRACTICE GROUP OF NEW YORK, LLC
- CITY MEDICAL OF THE UPPER EAST SIDE, PLLC
- CITY MEDICAL OF THE UPPER WEST SIDE, PLLC
- CITY MEDICAL OF COLUMBUS CIRCLE, PLLC
- CITY MEDICAL OF UNION SQUARE, PLLC



- CITY MEDICAL OF THE LOWER EAST SIDE, PLLC D/B/A CITY MEDICAL OF FLATIRON, PLLC
- CITY MEDICAL OF MIDTOWN EAST, PLLC
- MURRAY HILL URGENT CARE, PLLC A.K.A. CITY MEDICAL OF MURRAY HILL, PLLC
- EAST COAST URGENT CARE PHYSICIANS, PLLC
- RICHARD J. PARK, M.D.
- MICHELLE BROSNAN, M.D.
- JACK HWAIJONG LIU, M.D.
- JOHN KAHOUN, M.D.
- TUSHAR KAPOOR, M.D.
- FAIZ KHAN, M.D.
- GARY MAZER, M.D.
- LEONARD PASTULA, M.D.
- NEDAL SHAMI, M.D.
- DAVID YUCHIN SHIH, M.D.
- FRANCES ALBERTINI, M.D.

Dated: New York, New York

_5/11_____, 2018

Respectfully submitted,

For Relator:

_David P. Parker_____

David P. Parker
2121 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: (202) 298-8750
Counsel for Relator

_____ 5/11/18

Timothy J. McInnis, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4573
Counsel for Relator

For City Practice Group USA, LLC:

Brett R. Friedman
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Counsel for City Practice Group USA, LLC

SO ORDERED.

HONORABLE KATHERINE POLK FAILLA

Dated: New York, New York

May 11,          , 2018