UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW YORK *ex rel.* CAROL BEVILACQUA,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY PRACTICE GROUP, LLC, et al.,<br><br>                Defendants. | NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)<br><br>14 Civ. 9933 (KPF) |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)

Pursuant to F.R.C.P. 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff State of New York, through its counsel, hereby gives notice that the claims brought under the New York False Claims Act, New York State Finance Law §§ 187 *et seq.*, against Defendant City Practice Group of New York, LLC, concerning facility fees in the above-captioned action are hereby voluntarily dismissed with prejudice.

Dated: May 17, 2018
       New York, New York

                              BARBARA D. UNDERWOOD
                              Acting Attorney General of the State of New York

                        By: _____
                              Laura Jereski
                              Assistant Attorney General
                              Office of the Attorney General of the
                                  State of New York
                              28 Liberty Street, 21st Floor
                              New York, New York  10005
                              (212) 416-8943

                              *Counsel for the State of New York*

**TO:**

Monica Folch
Jacob M. Bergman
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Attorneys for the United States of America*

Timothy J. McGinnis, Esq.
McInnis Law
521 Fifth Avenue
17th floor
New York, NY  10175
*Counsel for Relator Carol Bevilacqua*

Liles Parker PLLC
2121 Wisconsin Avenue NW
Suite 200
Washington, DC 20007
*Counsel for Relator Carol Bevilacqua*

Brett R. Friedman, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
*Counsel for Defendants*

(By U.S. mail and E-mail)