USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 21, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA and STATE OF NEW :
YORK *ex rel.* CAROL BEVILACQUA, :
                                    Plaintiffs, :
                -against- : **NOTICE AND ORDER**
                                                      : **OF DISMISSAL**
CITY PRACTICE GROUP OF NEW YORK, :
LLC, et al., :
                                       : 14 Civ. 9933 (KPF)
                         Defendants. :
-------------------------------------------------------------------x

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the U.S. False Claims Act, 31 U.S.C. § 3730(b) *et seq.* and the New York State False Claims Act, N.Y. State Finance Law §§ 187 *et seq.*, Carol Bevilacqua, the Plaintiff Relator herein, through counsel hereby gives notice of dismissal without prejudice to the United States, the State of New York or Relator Plaintiff, of all claims in this action against the following defendants:

- HARRY BIBER
- PHYSICIAN'S PRACTICE MANAGEMENT ASSOCIATES, LTD.
- STATMD PHYSICIANS, PLLC

Dated: New York, New York

      June 20, 2018

                                                   Respectfully submitted,

For Relator:                                  _____
                                                   David P. Parker
                                                   2121 Wisconsin Avenue N.W., Suite 200
                                                   Washington, D.C. 20007
                                                   Telephone: (202) 298-8750
                                                   Counsel for Relator

_/s/ Timothy J. McInnis_
Timothy J. McInnis, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4573
Counsel for Relator

SO ORDERED

_/s/ Katherine Polk Failla_
HON. KATHERINE POLK FAILLA

Dated: New York, New York

_____June 21__, 2018