UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW YORK *ex rel.* CAROL BEVILACQUA, <br><br> Plaintiffs, <br><br> -v.- <br><br> CITY PRACTICE GROUP OF NEW YORK, LLC, *et al.*, <br><br> Defendants. | 14 Civ. 9933 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    As reflected in docket entries 23, 24, 25, 27, 29, 35, 36, 45, and as confirmed by counsel for Plaintiffs in email exchanged with the Court, all claims in this case have been resolved. Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated: February 4, 2022
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge